159 A.3d 931

**MING WEI, Petitioner**

v.

**COMMONWEALTH of Pennsylvania Pennsylvania, Department of Health, Pennsylvania State Civil Service Commission, Veronica Urdaneta, Stephen Ostroff, and Tiffany Burnhauser, Respondents**

**No. 402 MAL 2016**

Supreme Court of Pennsylvania.

October 18, 2016

## ORDER

PER CURIAM

**AND NOW**, this 18th day of October, 2016, the Petition for Allowance of Appeal is **DENIED.**